## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**ROBERT WALTER MOORE,**           :

    **Plaintiff**                      :    **CIVIL ACTION NO. 3:13-627**

    **v.**                            :
                                                  **(MANNION, D.J.)**
**COMMONWEALTH**                    :    **(CARLSON, M.J.)**
**OF PENNSYLVANIA,**

                                   :

    **Defendant**                     :

                                   :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Carlson's report and recommendation, (Doc. No. 14), is **ADOPTED**. Plaintiff's complaint, (Doc. No. 1), is **DISMISSED** with prejudice. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0627-01-order.wpd